IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.  3:22-CV-505-FDW-DCK

| | |
|---|---|
| **DYANIE BERMEO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **BLAKE ANDIS, BRAD ROOP, JAMIE** ) | |
| **BLEVINS, and SCOTT ADKINS,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion For Ruling On Deposition Objections" (Document No. 29) filed July 6, 2023.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, and following consultation with Judge Whitney's chambers, the undersigned will deny the motion.

By the instant motion, Defendants seek "an Order sustaining Defendants' objections during the limited jurisdictional discovery depositions, deeming the responses not relevant…." (Document No. 29, p. 1); see also (Document No. 30).  Defendants have filed complete deposition transcripts, including the disputed testimony, in connection with their "…*Renewed* Motion To Dismiss For Lack Of Personal Jurisdiction And Improper Venue."  (Document No. 30, pp. 3-4); see also (Document Nos. 27-6, 27-7, 27-9, 27-10, and 31-1).

The undersigned will respectfully decline to issue a ruling on Defendants' numerous objections in five (5) depositions.  Instead, the parties are welcome to address what weight, if any, the Court should give the deposition testimony in the context of their briefing related to the pending

"...*Renewed* Motion To Dismiss For Lack Of Personal Jurisdiction And Improper Venue" (Document No. 26).

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion For Ruling On Deposition Objections" (Document No. 29) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: July 7, 2023

David C. Keesler
United States Magistrate Judge