IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED
8/16/2024
LAURA A. AUSTIN, CLERK
BY: s/C. Kemp
DEPUTY CLERK

| | |
|---|---|
| **DYANIE BERMEO,** | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23-cv-041 |
| | ) |
| v. | ) By:    Michael F. Urbanski |
| | ) Senior United States District Judge |
| **BLAKE ANDIS et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, the motion to dismiss is **GRANTED**, and this case is **DISMISSED**. The clerk is directed to strike this case from the court's active docket.

It is **SO ORDERED**.

Entered: August 16, 2024

Mike Urbanski
Senior U.S. District Judge
2024.08.16 12:53:59 -04'00'

Michael F. Urbanski
Senior United States District Judge